NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPARTON CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5014

---

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

---

## ON MOTION

---

## ORDER

Upon consideration of Sparton Corporation's motion for a 21-day extension of time, until June 11, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**MAY 2 8 2010**
——————————————
Date

/s/ Jan Horbaly
——————————————
Jan Horbaly
Clerk

cc:  Steven Kreiss, Esq.
     Gary L. Hausken, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 8 2010

**JAN HORBALY**
**CLERK**